■ AMY REID, Appellant, v CARRIE LEVY et al., Respondents. (Appeal No. 1.) [49 NYS3d 335]—Appeal from an order of the Supreme Court, Chautauqua County (Paul Wojtaszek, J.), entered November 20, 2015. The order denied the posttrial motion of plaintiff to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Reid v Levy* ([appeal No. 2] 148 AD3d 1800 [2017]). Present—Smith, J.P., Peradotto, DeJoseph, NeMoyer and Scudder, JJ.